IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVEN FISHER, Individually, and ACCESS 4 ALL, INC., a Florida Non-Profit Corporation,<br><br>    Plaintiffs,<br>v.<br><br>DAISY J., INC.,<br><br>    Defendant. | Case No. 2:18-cv-00739-EJF<br><br>Magistrate Judge Evelyn J. Furse |

## STIPULATION FOR DISMISSAL WITH PREJUDICE,

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

**FOR THE PLAINTIFF:**

Lawrence A. Fuller, Esq. (LF5450)
lfuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505

Carolyn Perkins, Esq.  (13469)
cperkins@carolynperkinslaw.com
Law Offices of Carolyn Perkins
2105 E. Murray/Holladay Rd., Suite 2
Holladay, UT 84117
Telephone: (801) 405-9954

Dated: May 22, 2019

**FOR THE DEFENDANT:**

Matthew W. Harrison, Esq.
mharrison@strongandhanni.com
Kristin A. VanOrman, Esq.
kvanorman@strongandhanni.com
Strong & Hanni
102 South 200 East - Suite 800
Salt Lake City, UT  84111
Telephone:  (801)532-7080

Dated: May 30, 2019